■ SALLY GROSS, Appellant, v CARMEN VALENTI et al., Respondents. (Appeal No. 2.) [612 NYS2d 985] —Appeal unanimously dismissed without costs (see, Matter of Aho, 39 NY2d 241). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Dismiss Complaint.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.